E-FILED
Thursday, 06 June, 2019  05:23:28 PM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS

SPEECH FIRST, INC.,

*Plaintiff*,

v.

Case No. 19-cv-3142

TIMOTHY L. KILLEEN, et al.,

*Defendants*.

**PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION**

Pursuant to Federal Rule of Civil Procedure 65, Plaintiff Speech First, Inc. hereby moves the Court to issue a preliminary injunction enjoining Defendants Timothy L. Killeen, et al., from: (1) enforcing the University's prior restraint on speech concerning non-campus elections; (2) using the Bias Assessment and Response Team, University Housing, or any other University officials to investigate, log, threaten, or punish students (including informal punishments) for bias-motivated incidents; and (3) issuing "No Contact Directives" without clear, objective procedures that ensure the directives are issued consistently with the First Amendment.

Grounds for this motion are fully set forth in Plaintiff's Memorandum of Law and accompanying declarations and exhibits.

Pursuant to Local Rule 7.1, Plaintiff respectfully requests oral argument due to the important constitutional rights at stake and the complexities of these issues.

                                        Respectfully submitted,

Dated: June 6, 2019                 <u>/s/ *J. Michael Connolly*</u>

                                      William S. Consovoy
                                      J. Michael Connolly
                                      Cameron T. Norris
                                      Consovoy McCarthy PLLC
                                      1600 Wilson Blvd., Suite 700
                                      Arlington, VA 22209
                                      (703) 243-9423
                                      will@consovoymccarthy.com
                                      mike@consovoymccarthy.com
                                      cam@consovoymccarthy.com

                                      *Counsel for Plaintiff Speech First, Inc.*

**CERTIFICATE OF SERVICE**

I certify that on June 6, 2019, I electronically filed this motion, the memorandum, and the accompanying declarations and exhibits with the Clerk of Court using the CM/ECF system. I also certify that these documents were mailed overnight to:

The Office of University Counsel
258 Henry Administration Building
506 S. Wright Street
Urbana, Illinois 61801

      */s/ J. Michael Connolly*
      J. Michael Connolly