IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS

SPEECH FIRST, INC.,

    *Plaintiff,*

v.

TIMOTHY L. KILLEEN, et al.,

    *Defendants.*

Case No. 19-cv-3142

**DECLARATION OF MICHAEL CONNOLLY**

1. I am an attorney at the law firm Consovoy McCarthy PLLC and counsel for plaintiff Speech First, Inc.

2. I am over the age of eighteen and under no mental disability or impairment. I have personal knowledge of the following facts and, if called as a witness, I would competently testify to them.

3. The following materials attached as exhibits are true and accurate copies of pages from websites of the University of Illinois at Urbana-Champaign that were downloaded as PDF files on June 1, 2019.

    a. Exhibit A is the Student Code for the University of Illinois at Urbana-Champaign for 2018-2019.

    b. Exhibit B is the University's "Student Disciplinary Procedures."

    c. Exhibit C is the homepage for the Bias Assessment and Response Team.

    d. Exhibit D is the Bias Assessment and Response Team Annual Report for 2016-2017.

  e. Exhibit E is the Bias Assessment and Response Team Annual Report for 2017-2018.

  f. Exhibit F is a page titled "About the Team," which is linked from the Bias Assessment and Response Team homepage.

  g. Exhibit G is a page titled "About," which is linked from the Office for Student Conflict Resolution homepage.

  h. Exhibit H is a page titled "Meet the Staff," which is linked from the Office for Student Conflict Resolution homepage.

  i. Exhibit I are pages titled "Bias-Motivated Incident Reporting Form," which is linked from the Bias Assessment and Response Team homepage.

  j. Exhibit J is a page titled "Procedures," which is linked from the Bias Assessment and Response Team homepage.

  k. Exhibit K is the Bias Assessment and Response Team Annual Statistics for 2017-2018.

  l. Exhibit L is a page entitled "Student Conduct System," which is linked from the University Housing homepage.

  m. Exhibit M is a page entitled "Bias Protocol and Illinois Intervenes," which is linked from the University Housing homepage.

  n. Exhibit N is the Bias Assessment and Response Team Annual Report for 2015-2016.

4. Exhibit O is a tweet from the University of Illinois Police Department, which was published on December 27, 2018, and is available at https://twitter.com/UIPD/status/1078367460011769856.

5.  Exhibit P is an email from Rony Die to Andrew F. Minik that was sent on December 12, 2017. This email is available at Dkt. No. 1-5, *Minik v. Bd. of Trustees*, No. 18-cv-2101 (C.D. Ill.).

6.  Exhibit Q is an email exchange between Andrew Minik and Rony Die that was sent between December 14, 2017 and December 15, 2017. This email exchange is available at Dkt. No. 1-6, *Minik v. Bd. of Trustees*, No. 18-cv-2101 (C.D. Ill.).

7.  Exhibit R is a Facebook post and comments from the Fighting Illinois' Racist Mascots page, which was downloaded on February 23, 2019.

8.  Exhibit S is a report entitled "Bias Response Team Report 2017," which was published by the Foundation for Individual Rights in Education in 2017 and is available at https://d28htnjz2elwuj.cloudfront.net/wp-content/uploads/2017/03/01012623/2017-brt-report-corrected.pdf.

Pursuant to 28 U.S.C. §1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed on June 6, 2019.

                                                    */s/ Michael Connolly*
                                                    Michael Connolly