# EXHIBIT F



# ABOUT THE TEAM

## WHAT ARE BIAS-MOTIVATED INCIDENTS?

**Bias-motivated incidents** are actions or expressions that are motivated, at least in part, by prejudice against or hostility toward a person (or group) because of that person's (or group's) actual or perceived age, disability/ability status, ethnicity, gender, gender identity/expression, national origin, race, religion/spirituality, sexual orientation, socioeconomic class, etc.

## MISSION OF THE TEAM

Housed within the Office for Student Conflict Resolution at the University of Illinois at Urbana-Champaign, the **Bias Assessment and Response Team (BART)**:

- Collects reports of bias-motivated incidents that impact students;
- Supports those impacted by bias;
- Provides opportunities for educational conversation and dialogue; and
- Publishes data (without personally identifiable information) on reported incidents.

As many of the incidents reported to BART are not violations of the law or the Student Code, the team generally utilizes an informal educational approach in its response. BART refers reports of bias motived incidents that also violate university policy to the appropriate office for investigation.

## CURRENT TEAM MEMBERS

**January Boten**
Assistant Dean of Students and Co-Chair

**Debra Imel**
Assistant Dean of Students and Co-Chair

**David Chih** *(ex officio)*
Acting Vice Chancellor for Student Affairs

**Justin Brown** *(ex officio)*
Associate Dean of Students

**Rachael Ahart**
Detective, University of Illinois Police Department

**Jennie Marie Duran**
Assistant Director, ODEA

**Arianna Holterman**
Assistant Dean of Students, Student Assistance Center

**Dementro Powell**
Assistant Director, Illini Union

**Jamie Singson**
Director, Illini Union

**Kimberly Soumar**
Program Director for Community Standards and Safety Programs, University Housing



## CONTACT THE TEAM

You may report bias-motivated incidents that occurred within the university community or that involved members of our community by sending an email with a detailed description to biasreport@illinois.edu or by completing the form at go.illinois.edu/biasreport. If available, please include the following:

- Date, time, and location of the incident
- Name of all individuals involved and directly impacted by the incident
- Detailed narrative of the incident
- Your contact information so that a member from the team may reach out to you

> **DISCLAIMER: A lack of detailed information, including names, may limit the ability of BART to respond to the incident.**

Once a report is submitted, If you have provided your contact information, we will respond to you as soon as we are able. In the meantime, please feel free to contact the Office for Student Conflict Resolution at (217) 333-3680.

**Connect**

Connect with the BART Team via the following social media channels:

 

---

## BIAS ASSESSMENT & RESPONSE TEAM

300 Turner Student Services Building
610 East John Street, Champaign, Illinois 61820
(217) 333-3680

OFFICE FOR STUDENT CONFLICT RESOLUTION

© 2019 University of Illinois, Office for Student Conflict Resolution

Web Privacy Notice

CookieSettings