# EXHIBIT H



# MEET THE STAFF

## STAFF DIRECTORY

To speak to our staff by phone, please call (217) 333-3680.

### Justin Brown

- Associate Dean of Students
- Director
- Deputy Title IX Coordinator

justbrow@illinois.edu

### Rony Die

- Assistant Dean of Students
- Associate Director

### January Boten

- Assistant Dean of Students
- Co-Chair, Bias Assessment and Response Team

botenja@illinois.edu

### Debra Imel

- Assistant Dean of Students
- Co-Chair, Bias Assessment and Response Team

debraann@illinois.edu

### Bob Wilczynski

- Assistant Dean of Students
- Assistant Director for Residential Life – Community Standards & Life Safety

rwilczyn@illinois.edu

**Larry Jacobsen**

- Investigator

jacobsn@illinois.edu

**Tracey Berman**

- Office Manager

tberman@illinois.edu

**Kristina Rath**

- Office Manager

krath@illinois.edu

OFFICE FOR STUDENT CONFLICT RESOLUTION

300 Turner Student Services Building
610 East John Street, Champaign, Illinois 61820
(217) 333-3680

OFFICE OF THE DEAN OF STUDENTS

© 2019 University of Illinois, Office for Student Conflict Resolution

Web Privacy Notice

**CookieSettings**