AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
## Central District of Illinois

| | | |
|---|---|---|
| SPEECH FIRST, INC. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.  3:19-CV-3142-CSB |
| TIMOTHY L. KILLEEN, ET AL. | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

ALL DEFENDANTS - See Attached List                                                          .

Date:   06/11/2019                                          /s/ Richard P. Steinken
                                                            *Attorney's signature*

                                                            Richard P. Steinken, IL 3128253
                                                            *Printed name and bar number*

                                                            Jenner & Block LLP
                                                            353 N. Clark Street
                                                            Chicago, IL 60654
                                                            *Address*

                                                            RSteinken@jenner.com
                                                            *E-mail address*

                                                            (312) 222-9350
                                                            *Telephone number*

                                                            (312) 840-7338
                                                            *FAX number*

## SPEECH FIRST, INC. V. KILLEEN, ET AL.

## LIST OF DEFENDANTS

TIMOTHY L. KILLEEN; ROBERT J. JONES; DANITA M. BROWN YOUNG; RHONDA KIRTS; JUSTIN BROWN; JANUARY BOTEN, DEBRA IMEL, RACHAEL AHART, MATTHEW PINNER, ARIANNA HOLTERMAN, DEMENTRO POWELL, JAMIE SINGSON, KIMBERLY SOUMAR; LOWA MWILAMBWE; ALMA R. SEALINE; PATRICIA K. ANTON; RAMÓN CEPEDA, KAREEM DALE, DONALD J. EDWARDS, RICARDO ESTRADA, PATRICIA BROWN HOLMES, NAOMI D. JAKOBSSON, STUART C. KING, EDWARD L. MCMILLAN, JILL B. SMART, TRAYSHAWN M.W. MITCHELL, DARIUS M. NEWSOME, SHAINA HUMPHREY, GOVERNOR J.B. PRITZKER

UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| SPEECH FIRST, INC. ) | |
| *Plaintiff* ) | |
| v. ) | Case No. 3:19-CV-3142-CSB |
| TIMOTHY L. KILLEEN, ET AL. ) | |
| *Defendant* ) | |

## CERTIFICATE OF SERVICE

I certify that on  06/11/2019 , I electronically filed the foregoing with the Clerk of the Court using the CMECF system which will send notification of such filing to the following:

Michael Connolly, 3033 Wilson Blvd Suite 700, Arlington VA 22201, Counsel for Plaintiff Speech First,

and I certify that I have mailed by the United States Postal Service the document to the following non CMECF participants:

N/A

/s/ Richard P. Steinken
*Attorney's signature*

Richard P. Steinken, IL 3128253
*Printed name and bar number*

Jenner & Block LLP
353 N. Clark Street
Chicago, IL 60654

*Address*

RSteinken@jenner.com
*E-mail address*

(312) 222-9350
*Telephone number*

(312) 840-7338
*Fax number*