IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS

Speech First, Inc.,

    Plaintiff,

vs.

Killeen, et al.,

    Defendants.

Case No. 3:19-CV-3142-CSB
Judge Colin S. Bruce

**DEFENDANTS' UNOPPOSED MOTION FOR PROTECTIVE ORDER**

    Defendants respectfully file this Unopposed Motion for Protective Order ("Motion") to protect material containing confidential student information protected by the Family Educational Rights and Privacy Act ("FERPA"), 20 U.S.C. § 1232g, and related regulations, 34 C.F.R. § 99.

    1.    In Plaintiff Speech First, Inc.'s Complaint, Plaintiff alleges that Defendants have violated Plaintiff's First and Fourteenth Amendment rights. Plaintiff supports these claims by citing to a specific instance when the free speech rights of a particular student were allegedly infringed.

    2.    Plaintiff has now filed a Motion for Preliminary Injunction based on its claims. In opposing Plaintiff's request for an injunction, Defendants anticipate they will submit a declaration that would refute Plaintiff's contentions about the specific instance alleged in the Complaint. The declaration may contain or reference "education records" or "personally identifiable information" protected from public disclosure under FERPA.

    3.    Under FERPA, any unauthorized public release of, or providing access to, such "education records" or "personally identifiable information" by Defendants or by persons who

obtain such information from Defendants could subject the University to the withholding of federal funding or the termination of eligibility for future funding.

4.  To comply with FERPA's protections, Defendants must file portions of the declaration ("the Protected Information") under seal pursuant to a judicial order. Accordingly, Defendants respectfully request that the Court enter a protective order permitting Defendants to file the Protected Information under seal and further limiting the disclosure of such.

For the foregoing reasons, Defendants respectfully request that the Court grant this Motion and enter a protective order providing as follows:

i.  Use of the Protected Information is limited to use in connection with this action.

ii. Access to the Protected Information is limited to the Court and Court personnel as well as Plaintiff, Defendants, and their respective attorneys.

iii. Plaintiff and its attorneys shall not disclose the Protected Information to anyone other than Plaintiff, its attorneys, or the student member whose information is filed under seal, provided Plaintiff's counsel notifies Defendants' counsel of the disclosure and obtains an agreement from that student member, prior to disclosing the Protected Information, to be bound by the terms of this Protective Order.

iv. If Plaintiff or its attorneys become aware of any unauthorized use of the Protected Information, they shall, immediately upon learning of such disclosure, inform Defendants of all pertinent facts relating to such disclosure. Plaintiff or its attorneys shall further make all reasonable efforts to prevent disclosure by each unauthorized person to whom such information was revealed.

v.  The clerk of this Court is directed to maintain the Protected Information under seal once it is filed as part of an exhibit to Defendants' opposition to Plaintiff's Motion for Preliminary Injunction, pending further order from this Court.

vi. The Protected Information shall be returned to Defendants (or Plaintiff and its attorneys shall certify its permanent destruction) within thirty (30) days of the conclusion of this lawsuit and any subsequent appeal.  Plaintiff and its attorneys shall purge from all computer storage devices any images or copies of the Protected Information.

                Respectfully Submitted,

                /s/     Ishan K. Bhabha

                Ishan K. Bhabha
                Lauren J. Hartz
                Jennifer J. Yun
                Jenner & Block LLP
                1099 New York Avenue NW, Suite 900
                Washington, DC 20001
                Telephone:  (202) 637-6327
                Facsimile:  (202) 639-6066
                IBhabha@jenner.com
                LHartz@jenner.com
                JYun@jenner.com

                Richard Steinken (IL 3128253)
                Jenner & Block LLP
                353 N. Clark St
                Chicago, IL 60654
                Telephone:  (312) 222-9350
                Facsimile:  (312) 840-7338
                RSteinken@jenner.com

                *Counsel for Defendants*

Dated: July 18, 2019

**CERTIFICATE OF SERVICE**

I certify that on July 18, 2019, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will automatically send email notification of the filing to the following:

Cameron Thomas Norris
William Spencer Consovoy
John Michael Connolly
CONSOVOY MCCARTHY PLLC
Suite 700
3033 Wilson Blvd
Arlington, VA 22201
703-243-9423
cam@consovoymccarthy.com
will@consovoymccarthy.com
mike@consovoymccarthy.com

/s/     Ishan K. Bhabha

Ishan K. Bhabha
Jenner & Block LLP
1099 New York Avenue NW, Suite 900
Washington, DC 20001
Telephone:  (202) 637-6327
Facsimile:  (202) 639-6066
IBhabha@jenner.com

*Counsel for Defendants*