IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| Speech First, Inc., <br><br>         Plaintiff, <br><br> vs. <br><br> Killeen, et al., <br><br>         Defendants. | Case No. 3:19-CV-3142-CSB <br> Judge Colin S. Bruce |

**DEFENDANTS' UNOPPOSED MOTION TO STAY OBLIGATION
TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT**

Defendants respectfully request that the Court stay their obligation to answer or otherwise respond to Plaintiff Speech First, Inc.'s Complaint until after Plaintiff's pending Motion for a Preliminary Injunction ("Motion") has been resolved. Plaintiff does not oppose this request.

1.  Plaintiff filed its Complaint on May 30, 2019 and its Motion on June 6, 2019. The Complaint and Motion raise the same constitutional challenges to policies and programs of the University of Illinois at Urbana-Champaign.

2.  Defendants will file their opposition to Plaintiff's Motion by July 22, 2019.

3.  Plaintiff will file any reply in support of its Motion by August 5, 2019.

4.  Meanwhile, the current deadline for Defendants to answer or otherwise respond to Plaintiff's Complaint is August 13, 2019.

5.  In the interest of efficiency, Defendants respectfully request that their obligation to answer or otherwise respond to Plaintiff's Complaint be stayed until after Plaintiff's Motion is resolved, including the resolution of any appeals by either party from this Court's ruling on the Motion.

6. Defendants' counsel have conferred with Plaintiff's counsel, and Plaintiff does not oppose this request.

    Respectfully Submitted,

    /s/    Ishan K. Bhabha

    Ishan K. Bhabha
    Lauren J. Hartz
    Jennifer J. Yun
    Jenner & Block LLP
    1099 New York Avenue NW, Suite 900
    Washington, DC 20001
    Telephone:  (202) 637-6327
    Facsimile:  (202) 639-6066
    IBhabha@jenner.com
    LHartz@jenner.com
    JYun@jenner.com

    Richard Steinken (IL 3128253)
    Jenner & Block LLP
    353 N. Clark St
    Chicago, IL 60654
    Telephone:  (312) 222-9350
    Facsimile:  (312) 840-7338
    RSteinken@jenner.com

    *Counsel for Defendants*

Dated: July 18, 2019

**CERTIFICATE OF SERVICE**

I certify that on July 18, 2019, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will automatically send email notification of the filing to the following:

Cameron Thomas Norris
William Spencer Consovoy
John Michael Connolly
CONSOVOY MCCARTHY PLLC
Suite 700
3033 Wilson Blvd
Arlington, VA 22201
703-243-9423
cam@consovoymccarthy.com
will@consovoymccarthy.com
mike@consovoymccarthy.com

/s/   Ishan K. Bhabha

Ishan K. Bhabha
Jenner & Block LLP
1099 New York Avenue NW, Suite 900
Washington, DC 20001
Telephone:  (202) 637-6327
Facsimile:  (202) 639-6066
IBhabha@jenner.com

*Counsel for Defendants*