# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| Speech First, Inc., <br><br>   Plaintiff, <br><br>vs. <br><br>Killeen, et al., <br><br>   Defendants. | Case No. 3:19-CV-3142-CSB <br> Judge Colin S. Bruce |

## DEFENDANTS' UNOPPOSED MOTION FOR LEAVE TO FILE UNDER SEAL

Pursuant to Local Rule 5.10(A)(2), Defendants respectfully request leave to file under seal certain portions of the Declaration of Rony Die ("Die Declaration") that accompanies Defendants' Opposition to Plaintiff's Motion for Preliminary Injunction. Plaintiff does not oppose this request. In support of this Motion, Defendants state as follows:

  1. On July 18, 2019, Defendants filed an Unopposed Motion for Protective Order (ECF No. 14), seeking to protect material containing confidential student information that may implicate the Family Educational Rights and Privacy Act ("FERPA"), 20 U.S.C. § 1232g, and related regulations, 34 C.F.R. § 99. In that motion, Defendants stated that in opposing Plaintiff's Motion for Preliminary Injunction, they anticipated submitting a declaration that would potentially contain or reference "education records" or "personally identifiable information" protected from public disclosure under FERPA.

  2. Defendants' Unopposed Motion for Protective Order described the basis for the request, explaining that any unauthorized public release of, or providing access to, "education records" or "personally identifiable information" by Defendants or by persons who obtain such information from Defendants could subject the University to the withholding of federal funding or

the termination of eligibility for future funding. *See* Unopposed Motion for Protective Order at 1-2 (ECF No. 14).

3. Defendants' Unopposed Motion for Protective Order requested that the Court enter a protective order that would, *inter alia*, direct the clerk of this Court to maintain certain information in the Die Declaration under seal, pending further order from this Court, once such information is filed in support of Defendants' Opposition to Plaintiff's Motion for Preliminary Injunction. *See id* at 3.

4. Because Defendants' Motion for Protective Order remains pending, Defendants now seek leave to file limited portions of the Die Declaration under seal.

5. Pursuant to Local Rule 5.10(A)(2), an unredacted version of the exhibit at issue will be submitted under a separate docket event for the Court's review, and will be served pursuant to Local Rule 5.10(A)(3). A redacted version of that exhibit will be filed on the public docket.

For the foregoing reasons, Defendants respectfully request that the Court grant this Motion and enter an order allow Defendants to file the redacted portions of the Die Declaration under seal.

Respectfully Submitted,

/s/    Ishan K. Bhabha

Ishan K. Bhabha
Lauren J. Hartz
Jennifer J. Yun
Jenner & Block LLP
1099 New York Avenue NW, Suite 900
Washington, DC 20001
Telephone:  (202) 637-6327
Facsimile:  (202) 639-6066
IBhabha@jenner.com
LHartz@jenner.com
JYun@jenner.com

William D. Heinz (IL 1176900)
Richard Steinken (IL 3128253)

                Jenner & Block LLP
                353 N. Clark St
                Chicago, IL 60654
                Telephone: (312) 222-9350
                Facsimile: (312) 840-7338
                WHeinz@jenner.com
                RSteinken@jenner.com

                *Counsel for Defendants*

Dated: July 22, 2019

## CERTIFICATE OF SERVICE

I certify that on July 22, 2019, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will automatically send email notification of the filing to the following:

Cameron Thomas Norris
William Spencer Consovoy
John Michael Connolly
CONSOVOY MCCARTHY PLLC
Suite 700
3033 Wilson Blvd
Arlington, VA 22201
703-243-9423
cam@consovoymccarthy.com
will@consovoymccarthy.com
mike@consovoymccarthy.com

/s/    Ishan K. Bhabha

Ishan K. Bhabha
Jenner & Block LLP
1099 New York Avenue NW, Suite 900
Washington, DC 20001
Telephone:  (202) 637-6327
Facsimile:  (202) 639-6066
IBhabha@jenner.com

*Counsel for Defendants*