IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS

SPEECH FIRST, INC.,

    *Plaintiff*,

v.

TIMOTHY L. KILLEEN, et al.,

    *Defendants*.

Case No. 19-cv-3142

**PLAINTIFF'S UNOPPOSED MOTION FOR LEAVE TO FILE UNDER SEAL**

    Pursuant to Local Rule 5.10(A)(2), Plaintiff respectfully requests leave to file under seal certain portions of its Reply in Support of its Motion for a Preliminary Injunction ("Reply"). Defendants do not oppose this request. In support of this Motion, Plaintiff states as follows.

    1.    On July 22, 2019, Defendants filed a motion for leave to file under seal certain material they claimed contained confidential student information that may implicate the Family Educational Rights and Privacy Act ("FERPA"), 20 U.S.C. § 1232g, and related regulations, 34 C.F.R. § 99. *See* Doc. 16.

    2.    The Court granted Defendants' motion on July 24, 2019.

    3.    In its Reply, Plaintiff discusses information that Defendants have filed under seal. Accordingly, Plaintiff now seeks leave to file limited portions of its Reply under seal.

    4.    Pursuant to Local Rule 5.10(A)(2), an unredacted version of the Reply will be submitted under a separate docket event for the Court's review, and will be served pursuant to Local Rule 5.10(A)(3). A redacted version of the Reply will be filed on the public docket.

For the foregoing reasons, Plaintiff respectfully requests that the Court grant this Motion and enter an order allowing Plaintiff to file the redacted portions of the Reply under seal.

Respectfully submitted,

Dated: August 5, 2019        /s/ J. Michael Connolly

William S. Consovoy
J. Michael Connolly
Cameron T. Norris
CONSOVOY MCCARTHY PLLC
1600 Wilson Blvd., Suite 700
Arlington, VA 22209
(703) 243-9423
will@consovoymccarthy.com
mike@consovoymccarthy.com
cam@consovoymccarthy.com

*Counsel for Plaintiff Speech First, Inc.*