IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
_____Urbana_____ DIVISION

Speech First, Inc.
_____
                Plaintiff

V

Timothy L. Killeen, et al.,
_____
                Defendant

Case number __19-cv-3142__

# NOTICE OF APPEAL

I, __Plaintiff, Speech First, Inc.__ (plaintiff/defendant) do hereby appeal the decision of this Court entered on __September 17, 2019__.

Signed __/s/ John Michael Connolly__

Address __Consovoy McCarthy PLLC__

__1600 Wilson Blvd., Suite 700__

Arlington, VA 22209

Peoria Division
100 N.E. Monroe St.
Room 305
Peoria, IL 61602
309.671.7117

Urbana Division
201 S. Vine St.
Room 218
Urbana, IL 61802
217.373.5830

Springfield Division
600 E. Monroe St.
Room 151
Springfield, IL 62701
217.492.4020

Rock Island Division
(Temporarily located for
mail and hearings to:
131 E. 4th St. Rm 250
Davenport, IA 52801
309-793-5878