IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| Speech First, Inc., <br><br> Plaintiff, <br><br> vs. <br><br> Killeen, et al., <br><br> Defendants. | Case No. 3:19-CV-3142-CSB <br> Judge Colin S. Bruce |

**JOINT MOTION TO STAY
DEFENDANTS' OBLIGATION TO ANSWER OR OTHERWISE RESPOND TO
COMPLAINT AND POSTPONE RULE 16 SCHEDULING CONFERENCE
PENDING RESOLUTION OF PLAINTIFF'S APPEAL**

The Parties respectfully request that the Court stay Defendants' obligation to answer or otherwise respond to Plaintiff's Complaint and postpone the Rule 16 Scheduling Conference until after the U.S. Court of Appeals for the Seventh Circuit has resolved Plaintiff's pending appeal of this Court's order denying Plaintiff's Motion for a Preliminary Injunction ("Motion"). In support, the Parties state as follows:

1. Plaintiff filed its Complaint on May 30, 2019 and its Motion on June 6, 2019. The Complaint and Motion raise the same constitutional challenges to policies and programs of the University of Illinois at Urbana-Champaign. Defendants filed their opposition to Plaintiff's Motion on July 22, 2019.

2. On September 17, 2019, this Court issued its decision denying Plaintiff's Motion. In its decision, the Court held that Plaintiff's challenge to a prior version of § 2-407 of the Student Code was moot, and that Plaintiff lacked standing to challenge the University's Bias Assessment Response Team, University Housing's Bias Incident Protocol, and the University's procedures for

imposing No Contact Directives.

3. On September 17, 2019, Plaintiff filed a Notice of Appeal.

4. On September 17, 2019, the Magistrate Judge issued an order requiring Defendants to file a responsive pleading by October 1, 2019. The Magistrate Judge also issued an order setting a Rule 16 Scheduling Conference for October 18, 2019.

5. Defendants intend to file a motion under Rule 12(b)(6), arguing that this case should be dismissed on, *inter alia*, the same mootness and standing grounds that formed the basis for this Court's denial of Plaintiff's Motion. Those same mootness and standing issues will also be addressed in Plaintiff's pending appeal of this Court's decision before the Seventh Circuit.

6. In the interest of efficiency, and to avoid the risk of inconsistent rulings if there are two parallel proceedings addressing the same issues at the same time, the Parties respectfully request that Defendants' obligation to answer or otherwise respond to Plaintiff's Complaint be stayed until after Plaintiff's appeal to the Seventh Circuit is resolved.

7. In addition, the Parties respectfully request that the currently-scheduled October 18, 2019, Rule 16 Scheduling Conference be postponed until the Seventh Circuit issues a decision on Plaintiff's appeal.

Respectfully Submitted,

/s/ *John Michael Connolly*

William Spencer Consovoy
John Michael Connolly
Cameron Thomas Norris
CONSOVOY MCCARTHY PLLC
1600 Wilson Blvd, Suite 700
Arlington, VA 22209
703-243-9423
will@consovoymccarthy.com
mike@consovoymccarthy.com
cam@consovoymccarthy.com

/s/ *Ishan K. Bhabha*

Ishan K. Bhabha
Lauren J. Hartz
Jennifer J. Yun
Jenner & Block LLP
1099 New York Avenue NW, Suite 900
Washington, DC 20001
Telephone: (202) 637-6327
IBhabha@jenner.com

2

|  |  |
|---|---|
| *Counsel for Plaintiff* | William D. Heinz (IL 1176900)<br>Richard Steinken (IL 3128253)<br>Jenner & Block LLP<br>353 N. Clark St<br>Chicago, IL 60654<br>Telephone:  (312) 222-9350<br>WHeinz@jenner.com<br><br>*Counsel for Defendants* |

Dated: September 18, 2019

## CERTIFICATE OF SERVICE

I certify that on September 18, 2019, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will automatically send email notification of the filing to the following:

Cameron Thomas Norris
William Spencer Consovoy
John Michael Connolly
CONSOVOY MCCARTHY PLLC
Suite 700
3033 Wilson Blvd
Arlington, VA 22201
703-243-9423
cam@consovoymccarthy.com
will@consovoymccarthy.com
mike@consovoymccarthy.com

*/s/ Ishan K. Bhabha*

Ishan K. Bhabha
Jenner & Block LLP
1099 New York Avenue NW, Suite 900
Washington, DC 20001
Telephone: (202) 637-6327
Facsimile: (202) 639-6066
IBhabha@jenner.com

*Counsel for Defendants*